UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Robert S. Reynolds                    )
                                      )
_____            )
                                      )
_____            )
(Enter above the NAME of the
plaintiff in this action.)            )

     v.                               )

Campbell Co. Jail                     )
Sgt. Eric Jones                       ) Sheriff Gary Perkins
Lt. Joe Perkins                       )
(Enter above the NAME of each         )
defendant in this action.)            )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

     B.   If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1.   Parties to the previous lawsuit:

               Plaintiffs: _____

               _____

               Defendants: _____

               _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Campbell Co. Jail

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( ) Robert Reynolds

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (X) Robert Reynolds

   C. If your answer is YES,

      1. What steps did you take? filled out Grievance, with no response on Numberous occasions.

      2. What was the result? _____

   D. If your answer to B is NO, explain why not. There is no Grievance officer, not to mention Greivance paperwork.

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

   F. If your answer is YES,

      1. What steps did you take? Expressed verbaly Concerns. Then in written form.

2

2. What was the result? was actually punished for repeated inquiries.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Robert S. Reynolds

Present address: 175 Dan Bean Rd Speedwell TN, 37870

Permanent home address: above

Address of nearest relative: above

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Lt. Joe Perkins / Sheriff - Gary Perkins

Official position: Lt / Jail Administrator

Place of employment: Campbell Co. Jail

C. Additional defendants: Sgt. Eric Jones / Jail Administrator

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

3

1. Due to the fact the jail has taken on a new medical company i've been denied treatment for my Allergies or sinuses. Not to mention the fact that i'm hypoglycemic and i require my blood sugar to be checked at least 2 to 3 times a day.

2. As a state inmate im intitled to Rehab probrams, program credits, as well as appropriate medical attention.

3. The facility i'm housed in is over crowded to the point there are 35 to 40 inmates in a room that is meant for 12 people.

4. Legal mail including this paperwork is opened prior to us recieving it.

5. Our Diet such as myself, being hypoglycemic, are not provided with with specially designed diets.

6. Hygiene — we are not provided with the proper hygiene items such as toothbrushes, toothpaste, Deodorant, or other items.

7. The Clothes that we are provided with are anything but adequit. I myself have had my jail pants on for 5 weeks, jail employees have had this brought to there attention, with No results.

8. Our showering facility is molding, and we are not provided with the appropriate Cleaning Supplies.

9. If one inmate breaks a rule, All inmates are punished. It usually leads to violense towards that one inmate.

In Complaint for Violation of Civil Rights Section II Question A and B the Questions were answered wrong the first time. They were Answered the right way the second time which explains the Signatures.

*Robert Reynolds*

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

In no way do I want any money i'd just simply like the rules enforced. If not, an outside agency to enforce them.

SIGNED THIS 11th DAY OF July, 2009.

Robert J Reynolds
SIGNATURE OF PLAINTIFF

5

Case 3:09-cv-00314-TAV-CCS   Document 3   Filed 07/16/09   Page 6 of 7   PageID #: 9



Robert Reynolds
P.O. Box 62
Jacksboro, TN
37757

The writer of this letter is a resident of Campbell County Jail.
KNOXVILLE TN 379[...]
JUL [...] PM [...]

United States District Court
800 market St, Suite 130
Knoxville, TN 37902

JUL 14 [...]

37902+2303